## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HAROLD WHITE, III, | No. CIV S-07-0359-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to the stipulation of the parties submitted on August 1, 2008, IT IS HEREBY ORDERED that:

1. Plaintiff appear on September 12, 2008, at 9:00 a.m. at the offices of Jamshid Saleh, M.D., located at 3652 Eureka Way, Redding, California to be examined by Michael Klein, M.D., an orthopedic surgeon;

2. The scope of the examination and the manner of the examination will be as set out in the parties' stipulation; and

/ / /

/ / /

/ / /

1

3.      Following the examination, Dr. Klein will prepare a report consistent with Federal Rule of Civil Procedure 35(b), which will be made available to plaintiff's counsel.

DATED: August 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE