**PHILIP B. PRICE, SBN 32620**
**PRICE & BROWN**
**Attorneys at Law**
**466 Vallombrosa Avenue**
**P. O. Box 1420**
**Chico, California  95927**
**Telephone: (530) 343-4412**
**Facsimile: (530) 343-7251**

**FRANK J. DEMARCO, SBN 40754**
**Siskiyou County Counsel**
**P. O. Box 659**
**Yreka, California 96097**
**Telephone: (530) 842-8100**
**Facsimile:   530) 842-7032**

**Attorneys for Defendants COUNTY OF SISKIYOU, RICK RIGGINS, individually,**
**and as SHERIFF OF SISKIYOU COUNTY, NATHAN MENDES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENCE HAROLD WHITE III, | Case No. 2:07-CV-00359-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER DIRECTING PLAINTIFF TO SUBMIT TO AN EXAMINATION OF HIS EYES UPON STIPULATION [Rule 35] |
| COUNTY OF SISKIYOU, RICK RIGGINS, individually and as SHERIFF OF SISKIYOU COUNTY, NATHAN MENDES, and DOES 1 through 50, inclusive, | |
| Defendants.                              / | |

The parties having stipulated to an examination of plaintiffs eyes by Jeffrey Adkins, M. D., an ophthalmologist, and good cause appearing therefore;

NOW THEREFORE IT IS ORDERED that CLARENCE HAROLD WHITE III, plaintiff herein, appear on September 24, 2008, at 11:20 a.m., at the offices of Jeffrey Adkins, M. D. located at 6403 Coyle Avenue, Suite 280, Carmichael, California and to be examined by Jeffrey Adkins, M. D., an ophthalmologist.

1

ORDER FOR PHYSICAL/EYE EXAMINATION

1    IT IS FURTHER ORDERED that the scope of the examination will be limited to examining plaintiff's eyes and related structures.

2    IT IS FURTHER ORDERED that the manner of the examination will be that Dr. Adkins will first review plaintiff's medical records and any relevant discovery responses followed by the taking of a history from plaintiff relating his claimed eye injury. Dr. Adkins will then conduct a physical and visual acuity examination of plaintiff's eyes and related structures.  In conducting such examination Dr. Adkins may place eye drops and/or other medications in plaintiff's eyes to dilate his eyes and to otherwise facilitate the examination.  Dr. Adkins will require plaintiff to read eye charts and to participate in other visual acuity tests using various instruments normally used for such purposes which may require plaintiff's participation by verbal responses, pushing buttons, or in some other manner.

3    IT IS FURTHER ORDERED that Following said physical examination Dr. Adkins will prepare a report consistent with Rule 35 (b) of the Federal Rules of Procedure which will be made available to plaintiff's attorney pursuant to said rule.

4    IT IS FURTHER ORDERED that should plaintiff fail to appear and submit to said examination at the time a place above set out, defendants may file a Motion to Compel under Local Rule 37 and the Court shall thereupon issue an order compelling plaintiff to submit to such physical examination at the next time Dr. Adkins in available in Carmichael, California, even if it is after the discovery cut-off date of October 10, 2008 set by the Court herein.

DATED: September 4, 2008

*Craig M. Kellison*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE