Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.


115.   **Deposition:** February 27, 2006.  Al Waller v. County of Los Angeles, et al., USDC Case No. CV-04-9398 ABC (VBKx).
Client Attorney:
Mr. Gregory L. Picco, Attorney at Law, The Law Office of Picco & Presley, 2121 Cloverfield Blvd. #110, Santa Monica, CA 90404.  Phone: (310) 829-5414.


116.   **Deposition:** March 7, 2006.  Ezequiel Nicholas Alvarado v. City of Los Angeles, et al., USDC Case No. CV 04-0385 TJH (Ctx).
Client Arrorneys:
Mr. Danilo J. Bacerra, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero & Casillas, 3500 West Beverly Blvd., Montebello, CA 90640.  Phone: (323) 725-0917.
Mr. Paul L. Mills, Attorney at law, Law Office of Paul L Mills, 10008 National Blvd., #205, Los Angeles, CA 90034-3809.  Phone: (213) 595-1716.


117.   **Deposition:** March 6, 2006.  Rodney Muro; Panfilo M. Zamora, v. Fresno County Sheriff's Department et al., USDC  Case No. CIV-F-03-6619 OWW (SMS).
Client Attorney:
Mr. Kevin G. Little, Attorney at Law, The Law Office of Kevin G. Little, 2115 Kern Street, Suite 330, Fresno, CA 93721.  Phone: (559) 486-5730.


118.   **Trial:** March 8, 2006.  Christopher D. Wiley v. City of Simi Valley, et al., USDC Case No. CV 04-4413 MM (FMOx).
Client Attorney:
Mr. David S. Miller, Attorney at Law, The Law Offices of David S. Miller, 2277 Townsgate Road, Suite 212, Westlake Village, CA 91361.  Phone: (805) 230-1120.


119.   **Trial:** March 22, 2006.  Beaty Jean Macon, et al., v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 328727.
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.


120.   **Trial:** March 25, 2006.  Octavio Munoz Benavidez, v. City of Ontario, et al. USDC Case No. ED CV 00 – 1 RT (Cwx).

Client Attorneys:
Mr. Jorge Gonzalez, Attorney at Law, The Law Offices of Jorge Gonzalez, Jorge Gonzalez, 801 South Figueroa, 14th Floor, Los Angeles, CA 90017.  Phone: (213) 670-0063.
Mr. Antonio H. Rodriguez, Attorney at Law, The Law Offices of Rodriguez and Rodriguez, 110 North Avenue 56, Los Angeles CA 90042.  Phone: (323) 256-5552.

121.  **Deposition:** April 7, 2006.  Evelyn Davis, et al, v. City of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 333166.
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.

122.  **Deposition:** April 10, 2006.  Paul Weatherman v. County of Los Angeles, et al., USDC Case No. CV 04-7803 TJH (Ex).
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo and Perez, 625 Fair Oaks Avenue, Suite 180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

123.  **Trial:** April 14, 2006 April 17, 2006.  Roberto Vargas v. Roberto Medrano,County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 323922.
Client Attorney:
Ms. Sandra Munoz, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero & Casillas, 3500 West Beverly Blvd., Montebello, CA 90640, CA 90640.  Phone:  (323) 725-0917.

124.  **Deposition:** April 18, 2006.  Raymond Torres and Maria Elva Amador-Torres, v. City of Los Angeles, et al. USDC Case No. CV 054171 RGK (FMOx).
Client Attorney:
Mr. Nick Brestoff, Attorney at Law, Moskowitz, Brestoff, Winston & Blinderman LLP, 23822 Valencia Blvd. Suite 204, Valencia, CA 91381.  Phone: (661) 259-9090.

125.  **Deposition:** April 24, 2006.  Tiffany Couch, et al. v. City of Oakland, et al., USDC Case No. C-05-0311 MEJ.
Client Attorney:
Mr. Louis E. Duvernay, Attorney at Law, The Law Office of Louis E. Duvernay, 1714 Franklin Street, Suite 350, Oakland, CA 94612.  Phone: (510) 835-4934.

126. **Trial:** April 26, 2006. Georgia Adams, et al. v. City of Rialto, et al., USDC Case No. ED CV 04-00155 VAP (SGLx).
Client Attorneys:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

127. **Trial:** May 3, 2006.  Estate of David Viera, et al v. City of El Monte, et al., USDC Case No. CV 6082 MMM (Rzx).
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.

128. **Deposition:** May 5, 2006.  Vida Willmon, et al v. City of Sacramento, et al., Superior Court, State of California (Sacramento County), Case No. 04AS01504.
Client Attorney:
John Chauncey Hayes, Attorney at Law, Hayes & Associates, 2508 Garfield Avenue, Suite E, Carmichael, CA 95608.  Phone:  (916) 486-7575.

129. **Deposition:** May 9, 2006.  Lola Muglich Peralez, et al., v. County of Orange, et al., USDC Case No. SA CV 04-443 DOC (MLGx).
Client Attorney:
Shandor S. Badaruddin, Attorney at Law, the Law Office of Moriarity, Badaruddin & Booke, LLC, 124 West Pine Street, Suite B, Missoula, MT 59802.  Phone:  (406) 728-6868.

130. **Trial:** May 10 & 11, 2006.  People v. Allen L. Callender, Superior Court State of California (County of San Diego),Case No. 0668193 N-10, (Ellis), & CN207821 (Elias).
Client Attorney:
Mr. Scott A. McMillan, Attorney at Law, The McMillan Law Firm, A Professional Corporation, 470 Nebo Drive, Suite 200, La Mesa, CA 91941-5230.  Phone: (619) 464-1500.

131. **Deposition:** May 15, 2006.  John P. Simon, v. Alameda County, et al., USDC Case No. C 02-1512 JSW (PR).
Client Attorney:
Mr. Theodore T. Ting, Attorney at Law, Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612.  Phone: (510) 466-6708.

132. **Trial:** May 19 & 20, 2006.  Raymond Torres and Maria Elva Amador-Torres, v. City of Los
Angeles, et al. USDC Case No. CV 054171 RGK (FMOx).
Client Attorney:
Mr. Nick Brestoff, Attorney at Law, Moskowitz, Brestoff, Winston & Blinderman LLP, 23822
Valencia Blvd. Suite 204, Valencia, CA 91381.  Phone: (661) 259-9090.

133. **Deposition:** May 31, 2006.  Jamaal D. Neal, v. County of Los Angeles, et al., Superior Court,
State of California (Los Angeles County), Case No. BC 333048
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA
90102.  Phone: (310) 277-9595.

134. **Trial:** June 5, 2006.  People v. Susan Polk, Superior Court, State of California (Contra Costa
County), Case No. 118520-6.
Original Client Attorney:
Mr. Daniel A. Horowitz, Attorney at Law, The Law Offices of Daniel A. Horowitz & Ivan
Weller Golde, 120 – 11th Street, Oakland, CA 94076.  Phone: (510) 444-4888.
Final Attorney:
Ms. Susan Polk – in Pro Per.

135. **Deposition:** June 12, 2006.  Sequenta Lawrence et al., v. City of San Bernardino, et al., USDC
Case No.  CV 04-00336 RTG (SGLx).
Client Attorney:
Mr. Shandor S. Badaruddin, Attorney at Law, the Law Office of Moriarity, Badaruddin & Booke,
LLC, 124 West Pine Street, Suite B, Missoula, MT 59802.  Phone:  (406) 728-6868.

136. **Trial:** June 13, 2006.  Jamaal D. Neal, v. County of Los Angeles, et al., Superior Court, State of
California (Los Angeles County), Case No. BC 333048
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA
90102.  Phone: (310) 277-9595.

137. **Trial:** June 21, 2006.  Al Waller v. County of Los Angeles, et al., USDC Case No. CV-04-9398
ABC (VBKx).
Client Attorney:
Mr. Gregory L. Picco, Attorney at Law, The Law Office of Picco & Presley, 2121 Cloverfield
Blvd. #110, Santa Monica, CA 90404.  Phone: (310) 829-5414.

138.    **Trial:** June 22, 2006.  Ever Castillo v. City of Los Angeles, et al., USDC Case No. LACB 04-7216 GHK (Ex).
Client Attorneys:
Mr. Antonio H. Rodriguez, Attorney At Law, Law Offices Of Rodriguez & Rodriguez, 5429 East Beverly Blvd., Los Angeles, CA 90022.  Phone: (323) 869-9909.
Ms. Delia Flores, Attorney at Law, The Law Office of Delia Flores, 927 North Avalon Blvd., Wilmington, CA 90744.  Phone: (310) 549-5415.

139.    **Deposition:** June 30, 2006.  Zella Maye Freeman, v. City of Fresno, et al., USDC Case No. 1:05-CV-00328 OWW SMS.
Client Attorney:
Mr. Wesley E. Stupar, Attorney at Law, The Law Offices of Nuttall & Coleman, 2445 Capitol Street, Suite 150, Fresno, CA 93721.  Phone: (559) 233-4569

140.    **Deposition:** July 18, 2006.  Sandra Boyett et al., v. Washington County et al. (Purgatory Correctional Facility, Utah),  USDC Case No. Case No. 2:04 – CV – 01173  PGC.
Client Attorney:
Mr. Shandor S. Badaruddin, Attorney at Law, the Law Office of Moriarity, Badaruddin & Booke, LLC, 124 West Pine Street, Suite B, Missoula, MT 59802.  Phone:  (406) 728-6868.

141.    **Trial:** July 19, 2006.  People v. Gina Solorio, Superior Court State of California (County of Riverside), Case No. RIM 457787.
Client Attorney:
Mr. Julio A. Jaramillo, Deputy Public Defender, Riverside County Public Defender's Office, 4200 Orange Street, Riverside, CA 92507.  Phone: (951) 955-9980.

142.    **Deposition:** August 9, 2006, and October 3, 2006  Marie C. Olivas v. City of Fontana, et al., USDC Case No. EDCV05-0034 SGL (Opx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.

143.    **Deposition:**  August 23, 2006.  Brenda Jones-Thomas v. City of Los Angeles, et al., USDC Case No.CV05-7270 DSF (VBKX).
Client Attorney:
Mr. Erwin Adler, Attorney at Law, Adler Law Group, 350 South Figueroa Suite 557, Los Angeles, CA 90071.  Phone: (213) 893-3900.

144.  **Deposition:** August 24, 2006.  Jo C. Dague, et al, v. Las Vegas Police Department, et al.,
USDC Case No. CV-S-05-0533 JCM-RJJ.
Client Attorney:
Mr. Michael V. Cristalli, Attorney at Law, Cristalli & Saggese, LTD, 732 South Sixth Street,
Suite 100, Las Vegas, NV 89101.  Phone: (702) 386-2180.

145.  **Trial:** August 29 & 30, 2006.  Salvador Sibrian, Maria Hernandez, et al. v. City of Los
Angeles, et al., USDC Case No. CV 03-8301 LGB (PLAx).
Client Attorney:
Mr. Benjamin Schonbrun, Attorney at law, Schonbrun DeSimone Seplow Harris & Hoffman
LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone: (310) 396-0731.

146.  **Trial:** August 31, 2006.  People v. Devon Brown, Superior Court, State of California (County
of San Diego), Case No. M985125.
Client Attorney:
Mr. Kenneth N. Hamilton, Attorney at Law, 4670 Nebo Drive, Suite 101, La Mesa, CA 91941.
Phone: (619) 337-8491.

147.  **Deposition:** September 11, 2006.  Jose Martinez, a minor, et al., v. City of Los Angeles, et al.,
USDC Case No. CV 05-846 DDP (FMOx).
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo, 625 Fair Oaks Avenue, Suite
180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

148.  **Trial:** September 15, 2006.  Rodney Muro; Panfilo M. Zamora, v. Fresno County Sheriff's
Department et al., USDC  Case No. CIV-F-03-6619 OWW (SMS).
Client Attorney:
Mr. Kevin G. Little, Attorney at Law, The Law Office of Kevin G. Little, 2115 Kern Street,
Suite 330, Fresno, CA 93721.  Phone: (559) 486-5730.

149.  **Deposition:** September 22, 2006.  Sean Gregson, v. City of Manteca, et al. USDC Case No.
2:04-CV-873.
Client Attorney:
Mr. Dennis L. Fleming, Attorney at Law, The Law Office of Dennis L. Fleming, 2189 East
Main Street Stockton, CA 95205.  Phone: (209) 467-7074.

150.   **Trial:**  September 26, 2006.  Danny Miller v. County of Riverside, et al., Superior Court, State of California (Riverside County), Case No. RIC 406368.
Client Attorney:
Mr. A. Eli Galam, Attorney at Law, The Law Offices of A. Eli Galam, 27349 Jefferson Avenue, Suite 105, Temecula, CA 92590.  Phone: (951) 296-6609.


151.   **Trial:**  October 5, 2006.  People, v. Charles Eric Powell, Superior Court State of California (Orange County),  Case No. 06CM00025.
Client Attorney:
Mr. Mark H. Williams, Attorney at Law, The Law Office of Mark H. Williams, 3605 Long Beach Blvd., Suite #202, Long Beach, CA 90807.  Phone: (562) 595-1835.


152.   **Trial:** October 20, 2006, Enrique Anguiano, v. City of Pomona, et al., USDC Case No CV 05-4135 DSF (Cwx).
Client Attorney:
Mr. Chijioke Obinnaya Ikonte, Attorney at Law, The Law Offices of Akudinobi & Ikonte, 3540 Wilshire Boulevard, Suite 850, Los Angeles, CA 90010.  Phone: (213) 387-0869


153.   **Trial:** October 25, 26 and 27, 2006, Ezequiel Nicholas Alvarado v. City of Los Angeles, et al., USDC Case No. CV 04-0385 TJH (Ctx).
Client Arrorneys:
Mr. Danilo J. Bacerra, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero & Casillas, 3500 West Beverly Blvd., Montebello, CA 90640.  Phone: (323) 725-0917.
Mr. Paul L. Mills, Attorney at law, Law Office of Paul L Mills, 10008 National Blvd.,  #205, Los Angeles, CA 90034-3809.  Phone: (213) 595-1716.


154.   **Deposition:** October 27, 2006, Laura Lin Lopez, v. Playgrounds Plus, Inc., et al., Superior Court, State of California, (County of Fresno), Case No. 04 CE CG 02755 MBS.
Client Attorney:
Mr. Shelley G. Bryant, Attorney at Law, W.J. Smith & Associates, 2350 W Shaw Avenue,  Suite 132, Fresno, CA 93711.  Phone: (559) 432-0986.


155.   **Deposition:** October 31, 2006, Santana DeLeal, et al., v. Jeffery Jackson, County of San Diego, et al., USDC Case No. CV-05 0078 DMS (BLM).
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.

156. **Deposition:** November 2, 2006, Lazaris Italo Fuller, v. City of Richmond, et al., USDC Case No. C-03-5616 MMC (PR).
Client Attorney:
Mr. Bernard J. Casey Attorney at Law, and Ms. Kirsten J. Daru, Attorney at Law, Reed Smith LLP, 2 Embarcadero Center Suite 2000, San Francisco, CA 94111. Phone: (415) 659-5975.

157. **Deposition:** November 6, 2006, Timothy C. Nelson, v. City of Davis, et al., USDC Case No. 2:05-CV-01193 MCE KJM.
Client Attorney:
Mr. Adante Pointer, Attorney at Law, John Burris Law Office, 7677 Oakport Street, Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.

158. **Deposition:** November 13, 2006. Henry Lawrence, et al., v. City of Chino, et al., USDC Case No. CV 04-06466 DSF (Shx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

159. **Trial:** November 16, 2006. People v. Renell Shaw, Superior Court, State of California (Los Angeles County), Case No. BA 281 845.
Client Attorneys:
Mr. Michael H. Artan, Attorney at Law, One Wilshire Boulevard, Suite 2200, Los Angeles, CA 90017. Phone (213) 688-0370.
Mr. Michael Sobel, Attorney at Law, 431 North Doheny Drive, No. 4, Beverly Hills, CA 90210. Phone (310) 276-0249.

160. **Deposition:** November 30, 2006. Michael Nielsen v. County of Los Angeles, et al., USDC Case No. CV 05-8429 GHK (Ssx).
Client Attorney:
Mr. Gary Casselman, Attorney at Law. Law Offices of Gary S. Casselman. 3415 South Sepulveda Blvd., Suite 370, Los Angeles, CA 90034. Phone: (310) 390-4406.

161. **Deposition:** December 13, 2006. 308. Johnny Lee Sloan, Jr. v. City of Oakland, et al., USDC Case No. C 00-4177 CW(PR).
Client Attorney:
Ms. Kathleen Kelly, Attorney at Law. Thelen Reid & Priest LLP, 101 Second Street Suite 1800, San Francisco, CA 94105. Phone: (415) 369-7114.

162.   **Trial:** December 14, 2006.  Jose Martinez, a minor, et al., v. City of Los Angeles, et al., USDC Case No. CV 05-846 DDP (FMOx).
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo, 625 Fair Oaks Avenue, Suite 180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

163.   **Deposition:** January 9, 2007.  Posey v. City of Oakland, et al., and Brown v. City of Oakland, et al.,    USDC Case No. C 04-2693 JL, (Consolidated with Posey).
Client Attorneys:
Mr. Ben Nisenbaum, & Mr. John L. Burris Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

164.   **Trial:** January 10, 2007.  Norberto Martinez, et al., v. City of Downey, et al.,Superior Court, State of California (Los Angeles County) Case No. BC 277402.
Client Arrorney:
Mr. Danilo J. Bacerra, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero & Casillas, 3500 West Beverly Blvd., Montebello, CA 90640.  Phone: (323) 725-0917.

165.   **Trial:** January 23, 2007.  Johnny Lee Sloan, Jr. v. City of Oakland, et al., USDC Case No. C 00-4177 CW(PR).
Client Attorney:
Ms. Kathleen Kelly, Attorney at Law.  Thelen Reid & Priest LLP, 101 Second Street Suite 1800, San Francisco, CA 94105.  Phone: (415) 369-7114.

166.   **Deposition:** January 29, 2007.  Mitchell Grier v. City of Fontana, et al., Superior Court State of California (County of San Bernardino), Case No. SCVSS 11886.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

167.   **Deposition:** January 31, 2007.  Kurt Matthews v. City of Torrance, et al., USDC Case No. CV 06-1590 SVW (VBKx).
Client Attorneys:
Mr. Hardy L. Thomas, Attorney at Law, The Law Offices of Hardy L. Thomas, 6171 W. Century Blvd., Suite 200, Los Angeles, CA 90045.  Phone: (310) 846-2521.

-29-

Mr. Edward A. Hoffman, Attorney at Law, The Law Office of Edward A. Hoffman, 11620 Wilshire Bld. Suite 340, Los Angeles, CA 90025.  Phone: (310) 575-3540.

168.    **Deposition:** February 8, 2007.  Oscar Mendez, et al. v. City of Anaheim, et al., Superior Court, State of California (Orange County), Case No. 06CC03200.
Client Attorney:
Mr. John E. Sweeney Attorney at Law, The Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

169.    **Deposition:** February 15, 2007.  Sylvia Mahach-Watkins, et al., v. The State of California, et al. USDC Case No: C-05-1143-SI.
Client Attorneys:
Mr. Tory M. Pankopf, Attorney at Law, The Law Offices of Tory M. Pankopf, 611 Sierra Rose Drive, Reno, Nevada 89511.  Phone:  (530) 725-8263.
Ms. Mary H. Beatificato, Attorney at Law, Beatificato & Associates, 2 Venture Plaza, Suite 380, Irvine, CA 92618-7399.  Phone:  (949) 585-0483.

170.    **Deposition:** February 20, 2007.  Sean M. McNulty, v. Old Bank District, LP d/b/a/ The Hellman Building, et al., Superior Court, State of California (Los Angeles County), Case No. BC 337984.
Client Attorney:
Mr. Jonathan W. Birdt, attorney at Law, McNulty Law Firm, 827 Moraga Drive, Los Angeles, CA 90049.  Phone: (310) 471-2707.

171.    **Deposition:** February 21, 2007.  Betty Lou Heston, et al., v. City of Salinas, et al., USDC. Case No. 5:05-CV-3658.
Client Attorneys:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

172.    **Deposition:** February 28, 2007.  James Vensel, v. County of Los Angeles, et al., USDC  Case No. CV 04-7151 DSF (Ssx).
Client Attorney:
Mr. Gregory A. Yates, Attorney at Law, Law Offices of Gregory A. Yates, 16830 Ventura Boulevard, Suite 250, Encino, CA 91436.  Phone: (310) 858-6944.

173.   **Deposition:** March 9, 2007.  Tonia Ann Capobianco, v. City of Pacific Grove, et al., Superior Court, State of California (County of Monterey), Case No. M 75386.
Client Attorney:
Mr. Stephen H. Fredkin, Attorney at Law, The Law Office of Stephen Fredkin, 18921 Portola Drive, Suite B, Salinas, CA 93908.  Phone: (831) 455-1616.


174.   **Trial:** March 13, 2007.  Henry Lawrence, et al., v. City of Chino, et al., USDC Case No. CV 04-06466 DSF (Shx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


175.   **Deposition:** March 21, 2007.  Rina Shotland, Michelle Yacobov, v. City of Torrance, et al., USDC Case No. 03 - 4739 SVW (CWx).
Client Attorney:
Mr. Christopher P. Blaxland, Attorney at Law, Law Office of Christopher P. Blaxland
1334 Parkview Ave., Manhattan Beach, CA 90266.  Phone: (310) 937-7270.


176.   **Deposition:** March 27, 2007.  Oliverio Martinez, v. City of Oxnard, et al., USDC Case No. CV 98-9313 WDK (AJWx).
Client Attorneys:
Mr. John Burton, Attorney at Law, The Law Offices of John Burton, 414 Marengo Ave., Pasadena, CA 91101.  Phone (626) 449-8300.
Mr. R. Samuel Paz, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.


177.   **Deposition:** April 5, 2007.  Juan Rodriguez, v. County of San Bernardino, et al, USDC Case No. CV 06-1152 GPS (Cwx).
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.


178.   **Trial:** April 6, 2007.  Oliverio Martinez, v. City of Oxnard, et al., USDC Case No. CV 98-9313 WDK (AJWx).
Client Attorneys:
Mr. John Burton, Attorney at Law, The Law Offices of John Burton, 414 Marengo Ave., Pasadena, CA 91101.  Phone (626) 449-8300.

-31-

Mr. R. Samuel Paz, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230. Phone: (310) 410-2981.

178,   **Trial:** April 10 & 11, 2007.  Rina Shotland, Michelle Yacobov, v. City of Torrance, et al., USDC Case No. 03 - 4739 SVW (CWx).
Client Attorney:
Mr. Christopher P. Blaxland, Attorney at Law, Law Office of Christopher P. Blaxland 1334 Parkview Ave., Manhattan Beach, CA 90266. Phone: (310) 937-7270.

179.   **Deposition:** April 12, 2007.  Robert Harris v. Summit County, Colorado, et al., USDC (Colorado), Case No. Civil Action No. 98-K-2501 (D. Colorado).
Client Attorney:
Mr. Michael S. Freeman, Attorney at Law, Faegre & Benson, LLP, 3200 Wells Fargo Center, 1700 Lincoln Street Denver, CO 80203-4532. ,Phone: (303) 607-3500.

180.   **Trial:** April 13, 2007.  Michael Hogan, et al. v.City of Easton, et al., USDC (Pennsylvania) Case No. 04-CV-759. Hon. John R. Padova.
Client Attorney:
Mr. Jordan B. Yeager, Attorney at Law, Boockvar & Yeager, 8 West Oakland Avenue Doylestown, PA 18901.  Phone: (215) 345-8581.

181.   **Deposition:**  April 20, 2007.  Robert Barkley, v. Dillards, Inc., et al., (Houston),USDC (Houston) Civil Action No. H-06-0843.
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, 1406 Castle Court, Houston, TX 77006.  Phone (713) 528-8586.

182.   **Deposition:**  April 23, 2007.  Natalie Collet, et al, v. County of San Diego, et al., Superior Court, State of California (San Diego County)  Case No. GIN 046719.
Client Attorney:
George L. de la Flor, Attorney at Law, Law Offices of George L. de la Flor, 8355 La Mesa Blvd., La Mesa, CA 91941.  Phone: (619) 698-2926.

183.   **Deposition:** April 24, 2007.  Marylon, (Boyd) et al., v. City and County of San Francisco, et al., USDC Case No. 04-5459 MMC.
Client Attorneys:

Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

184.   **Deposition:** April 30, 2007.  Monica Padilla, et al. v. City of Alhambra, et al. USDC Case No. CV 05-7609 MMM (Ctx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.

185.   **Trial:** May 10, 2007.  Juan Rodriguez, v. County of San Bernardino, et al., USDC Case No. CV 06-1152 GPS (Cwx).
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.

186.   **Deposition:**  May 17, 2007.  Julio R. Ayala, et al, v. City of South San Francisco, et al., USDC Case No. 06-2061 WHA.
Client Attorneys:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

187.   **Deposition:**  May 25, 2007.  Frank Ingram, III, et al, v. City of San Bernardino, et al., USDC Case No. EDVC 05-925 VAP (SGLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

188.   **Deposition:**  June 8, 2007.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

189. **Evidence Hearing:** June 15, 2007, July 6, 2007, August 15, 2007, October 30, 2007, and January 30, 2008. People v. George Engman, Superior Court, State of California (County of San Bernardino), Case No. MWV 104208.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Officer of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401. Phone (909) 381-4888.

190. **Deposition:** June 19, 2007. Torry Smith; Patricia Gray, v. City of Oakland, et al.,USDC Case No. 05-CV-04045 EMC.
Client Attorneys:
Mr. John L. Burris & Mr. Ben Nisenbaum, Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621. Phone: (510) 839-5200.

191. **Trial:** June 22, 2007. Frank Ingram, III, et al, v. City of San Bernardino, et al., USDC Case No. EDVC 05-925 VAP (SGLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone (818) 347-3333.

192. **Trial:** June 27, 2007. Posey v. City of Oakland, et al., and Brown v. City of Oakland, et al., USDC Case No. C 04-2693 JL, (Consolidated with Posey).
Client Attorneys:
Mr. Ben Nisenbaum, & Mr. John L. Burris Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621. Phone: (510) 839-5200.

193. **Deposition:** July 11, 2007. Uganda Knapps v. City of Oakland, et al., USDC Case No. C 05-2935 MEJ.
Client Attorneys:
Mr. James B. Chanin, & Ms. Julie M. Houk, Attorneys at Law, The Law Offices of James B. Chanin, 3050 Shattuck Avenue, Berkeley, CA 94505. Phone (510) 848-4752.

194. **Trial:** July 12, 2007. Sean Gregson, v. City of Manteca, et al. USDC Case No. 2:04-CV-873.
Client Attorney:
Mr. Dennis L. Fleming, Attorney at Law, The Law Office of Dennis L. Fleming, 2189 East Main Street Stockton, CA 95205. Phone: (209) 467-7074.

195. **Deposition:** July 16, 2007.  Lori Bauer, et al, v. City of Vallejo, et al. USDC Case No. 06-00549 MCE-DAD.
Client Attorneys:
Mr. Ben Nisenbaum, & Mr. John L. Burris Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

196. **Trial:** July 17, 2007.  Vida Willmon, et al v. City of Sacramento, et al., Superior Court, State of California (Sacramento County), Case No. 04AS01504.
Client Attorney:
Mr. Stewart Katz, Attorney at Law, Law Office of Stewart Katz, 555 University Avenue, Suite 270Sacramento, CA 95825.  Phone:(916) 444-5678.

197. **Deposition:** July 18, 2007.  Steven Turner, v. City of Chino, et al., USDC Case No. CV 06-00756 VAP (Rzx).
Client Attorney:
Mr. Charles J. Schurter, Attorney at Law, Schurter Law Firm, 440 West First Street, Suite 206, Tustin, CA 92780.  Phone:  (714) 665-4201.

198. **Trial:** July 31, 2007,  Sylvia Mahach-Watkins, et al., v. The State of California, et al. USDC Case No: C-05-1143-SI.
Client Attorneys:
Mr. Tory M. Pankopf, Attorney at Law, The Law Offices of Tory M. Pankopf, 611 Sierra Rose Drive, Reno, Nevada 89511.  Phone:  (530) 725-8263.
Ms. Mary H. Beatificato, Attorney at Law, Beatificato & Associates, 2 Venture Plaza, Suite 380, Irvine, CA 92618-7399.  Phone:  (949) 585-0483.

199. **Trial:** August 13, 2007, People v. Rebecca Ann Hess-Macklin, Superior Court State of California (Kern County), Case No. I-07-003.
Client Attorney:
Mr. Julio Jaramillo, Attorney at Law, 600 W. Santa Ana Blvd., Suite 816, Santa Ana, CA 92702.  Phone: (714) 568-1122.

200. **Deposition:**  August 21, 2007, Harold C. Hall, v. City of Los Angeles, et al., USDC Case No. CV 05-1977 GPS (AJWx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.

201. **Trial:** August 28, 2007, Marylon Boyd et al., v. City and County of San Francisco, et al., USDC Case No. 04-5459 MMC.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

202. **Deposition:** August 29, 2007, Andres Nunez, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 333416.
Client Attorneys:
Mr. Matthew S. Mc Nicholas, Attorney at Law, and Ms. Christiana J. Smith, Attorney at Law, Mc Nicholas & Mc Nicholas LLP, 10866 Wilshire Blvd., #1400, Los Angeles, CA 90024. Phone: (310) 474-1582.

203. **Trial:** September 5, 2007, Steven Turner, v. City of Chino, et al., USDC Case No. CV 06-00756 VAP (Rzx).
Client Attorney:
Mr. Charles J. Schurter, Attorney at Law, Schurter Law Firm, 440 West First Street, Suite 206, Tustin, CA 92780. Phone: (714) 665-4201.

204. **Deposition:** September 7, 2007, Michael Negrete v. City of San Bernardino, et al. USDC Case No. ED-CV 06-1047 VAP (Opx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

205. **Deposition:** September 12, 2007, Brown v. Baldwin, et al, Superior Court, State of California (San Diego County), Case No. GIC 868862.
Client Attorney:
Mr. Alvin M. Gomez, Attorney at Law, Gomez Law Group, 8910 University Center Lane, Suite 550, San Diego, CA 92122.  Phone: (858) 552-0000.

206. **Deposition:** September 14, 2007, Jason Eugene Deocampo, v. City of Vallejo, et al., USDC Case No. 2:06-CV-01283, WBS-GGH.
Client Attorneys:
Mr. John L. Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486 41st Street, #3, Oakland, CA 94609.  Phone: (510) 420-0324.

207. **Deposition:** September 22, 2007, Doreen Cruz Rios, et al, v. San Bernardino County, et al.
USDC Case No. ED CV 06-00569 (JTLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

208. **Trial:** September 26, 2007. Michael Negrete v. City of San Bernardino, et al. USDC Case No. ED-CV 06-1047 VAP (Opx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

209. **Trial:** September 27 & 28, 2007.  Donald Daniels, v. County of Ventura, et al., USDC Case No. CV 03-8861 FMC (Rzx).
Client Attorney:
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

210. **Trial:** October 3, 2007.  Georgia (Jo) A. Baldauf, v. Clifton Davidson, et al., USDC (Indianapolis) Case No. 1:04-cv-01571 JDT-TAB.
Client Attorney:
Mr. Michael K. Sutherlin, Attorney at Law, Law Offices of Michael K. Sutherlin & Associates, P.C., P.O. Box 441095, Indianapolis, IN 46244-1095.  Phone: (317) 634-6313.

211. **Deposition:** October 5, 2007.  Grace Nunez, et al, v. City of Lubbock, et al., USDC (Texas) Case No. 5:07-CV-00032.
Client Attorneys:
Mr. Robert S. Hogan, Attorney at Law, and Mr. David M. Guinn, Jr., Attorney at Law, The Law Offices of Hurley & Guinn, 1805 13th Street, Lubbock, TX 79401.  Phone: (806) 771-7900.

212. **Trial:** October 9, 2007, Doreen Cruz Rios, et al, v. San Bernardino County, et al. USDC Case No. ED CV 06-00569 (JTLx).
Client Attorney:

Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

213. **Trial:** October 19, 2007, and October 23, 2007Brenda Jones-Thomas v. City of Los Angeles, et al., USDC Case No.CV05-7270 DSF (VBKX).
Client Attorney:
Mr. Erwin Adler, Attorney at Law, Adler Law Group, 350 South Figueroa Suite 557, Los Angeles, CA 90071.  Phone: (213) 893-3900.

214. **Trial:** (Telephonic).  October 23, 2007 Uganda Knapps v. City of Oakland, et al., USDC Case No. C 05-2935 MEJ.
Client Attorneys:
Mr. James B. Chanin, & Ms. Julie M. Houk, Attorneys at Law, The Law Offices of James B. Chanin, 3050 Shattuck Avenue, Berkeley, CA 94505.  Phone (510) 848-4752.

215. **Trial:** November 8, 2007.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

216. **Deposition:** November 12, 2007.  James Wimberly v. County of Los Angeles, et al., USDC Case No. CV-06-6005 MMM (FMOx).
Client Attorneys:
Ms. Denise Yaniv, Attorney at Law, & Mr. Paul Azdril, Attorney at Law, 4640 Admiralty Way, Suite 500, Marina del Rey, CA 90292.  Phone: (310) 592-8173.

216. **Deposition:** November 13, 2007. David Willingham, et al., v. City of Long Beach, et al. – C.D. Cal. No. CV 02-03473 GAF (CWx).
Client Attorneys:
John Burton, Esq. & Mary Anna Soifer, Esq., THE LAW OFFICES OF JOHN BURTON, 414 Marengo Avenue, Pasadena, CA 91101.  Phone: (626) 449-8300

217. **Trial:** November 28, 2007.  Torry Smith; Patricia Gray, v. City of Oakland, et al.,USDC Case No. 05-CV-04045 EMC.
Client Attorneys:

-38-

Mr. John L. Burris & Mr. Ben Nisenbaum, Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621. Phone: (510) 839-5200.

218. **Deposition:** November 29, 2007. Yvonne Vogel, et al, v. Maricopa County, et al., USDC Case No. CV07-00819 PHX-EHC.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012. Phone: (602) 285-0100.

219. **Trial:** November 30, 2007. People v. Marcus Bullard, Superior Court, State of California (Riverside County), Case No. SWM-049010.
Client Attorney:
Mr. Joel Weinstein, Deputy Public Defender, Public Defender, Riverside County 30755-D Auld Road, Suite 2233, Murrieta, CA 92563. Phone: (951) 304-5600.

220. **CCW Hearing** (Per Section 12027.1 California Penal Code): December 5, 2007. Hearing Officer in the matter of Compton School District Police Officers Victor Ayala and Sergio Reynoso
Client Attorney:
Mr. Etan Lorant, Attorney at Law. 17525 Ventura Blvd. Suite 201. Encino, CA 91316. Phone: (818) 990-3990.

221. **Deposition:** December 7, 2007. Tanya Gould, et al., v. County of Los Angeles, et al. USDC Case No: CV05-8483 FMC (CTx).
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, The Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102. Phone: (310) 277-9595.

222. **Deposition:** December 18, 2007. Frank Gutierrez, v. City of Orange, et al., USDC SA CV06-760 CJC.
Client Attorney:
Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015. Phone: (213) 745-6300.

223. **Deposition:** December 20, 2007. Bryce J. Moore, et al v. County of Kern, et al., USDC Case No. 1:05-CV-1115 AWI-LJO.
Client Attorney:
Mr. Daniel Rodriguez, Attorney at Law, Rodriguez & Associates, 2020 Eye Street, Bakersfield, CA 93301. Phone: (661) 323-0164.

224. **Deposition:** January 2, 2008. Martin Lamont Ford v. City of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC 351035.
Client Attorney:
Mr. Douglas A. Linde, Attorney at Law, The Linde Law Firm, 2029 Century Park East, Suite 1360, Los Angeles, CA 90067. Phone: (310) 203-9333.

225 **Trial:** January 28, 2008. People v. Aseye Allah and Meron Mesheshe, Superior Court, State of California (Santa Barbara County), Case No. SBSC-1211924.
Client Attorney:
Mr. Gary Casselman, Attorney at Law. Law Offices of Gary S. Casselman. 3415 South Sepulveda Blvd., Suite 370, Los Angeles, CA 90034. Phone: (310) 390-4406.

226. **Deposition:** January 31, 2008. Kim Killpatrick, et al., v. City of Los Angeles, et al., USDC Case No. CV 03-02258 NM (AJWx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801. Phone (626) 308-1171.

227. **Trial:** February 5, 2008. Tanya Gould, et al., v. County of Los Angeles, et al. USDC Case No: CV05-8483 FMC (CTx).
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, The Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102. Phone: (310) 277-9595.

228. **Deposition:** February 25, 2008. Gary Blankenhorn, v. City of Orange, et al., USDC Case No. SACV – 02 – 1160 GLT (MLGx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801. Phone (626) 308-1171.

229. **Deposition:** February 26, 2008. Lucy Logan v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 361641.
Client Attorney:
Mr. Gregory A. Yates, Attorney at Law, Law Offices of Gregory A. Yates, 16830 Ventura Boulevard, Suite 250, Encino, CA 91436.  Phone: (310) 858-6944.

230. **Trial:** February 28, 2008.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

231. **Deposition:** February 29, 2008.  Alan K. Yecny, et al., v San Luis Obispo County, et al., Superior Court, State of California (San Luis Obispo County), Case No. CV 050220.
Client Attorney:
Mr. Andrew R. Calderon, Attorney at Law, The Law Offices of Jack D. Brewer 310 West 1st Street, PO Box 3885 Tustin, CA 92681-3885.  Phone: (714) 731-6836.

232. **Deposition:**  March 5, 2008.  Richard E. Lunow, et al, v. City of San Diego, et al., Superior Court, State of California (San Diego County), Case No. GIC870009.
Client Attorney:
Mr. James E. Dunn, Attorney at Law, The Law Office of James E. Dunn, 550 West C Street, Suite 1960, San Diego, CA 92101.  Phone: (619) 234-5778.

233. **Trial:** March 7, 2008, and March 11, 2008.  Kim Killpatrick, et al., v. City of Los Angeles, et al., USDC Case No. CV 03-02258 NM (AJWx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

234. **Deposition:** March 18, 2008.  William Sean McNamara, et al. v. Los Angeles County, et al., Superior Court (Los Angeles County), State of California, Case No. BC 331984
Client Attorney:
Ms. Sonia Mercado, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.

235.  **Deposition:** March 20, 2008.  Gerardo Cazares and Marcelo Moreno, v. City of Bell Gardens, et al, Case No. CV-06-5985 VBF (JTLX).
      Client Attorney:
      Mr. Christopher Driscoll, Attorney at Law, The Law Office of Jonas and Driscoll, 555 West 5th Street 31st floor, Los Angeles, CA 90013.  Phone (213) 683-2033.

236.  **Deposition:** March 25, 2008.  Hugo Vanlid Sarmiento v. Orange County, et al.  USDC Case No. ASCV06-0586 DOC (Anx).
      Client Attorney:
      Mr. Robert Mann, and Mr. Donald Cook, Attorneys at Law.  The Law Offices of Robert Mann and Donald W. Cook.  3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone: (213) 252-9444.

237.  **Trial:** March 27, 2008 and March 28, 2008.  Gerardo Cazares and Marcelo Moreno, v. City of Bell Gardens, et al, Case No. CV-06-5985 VBF (JTLX).
      Client Attorney:
      Mr. Christopher Driscoll, Attorney at Law, The Law Office of Jonas and Driscoll, 555 West 5th Street 31st floor, Los Angeles, CA 90013.  Phone (213) 683-2033.

238.  **Deposition:** April 7, 2008.  408.  Margaret and David Eichenlaub, v. The County of Los Angeles, et al., USDC Case No. CV-06-06979 Ghk (Ctx).
      Client Attorney:
      Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

239.  **Deposition:** April 14, 2008.  Richard A. Wisler, v. City of Fresno, et al.  USDC Case No: 1:06-CV-01694 AWI-SMS.
      Client Attorney:
      Mark W. Coleman, Attorney at Law, The Law Offices of Nuttall & Coleman, 2445 Capitol Street, Suite 150, Fresno, CA 93721.  Phone: (559) 233-2900.

240.  **Deposition:** April 16, 2008.  Jorge Cruz, v. City of San Fernando, et al.  Superior Court, State of California (Los Angeles County), Case No. BC352521.
      Client Attorney:
      Luis A. Carrillo, Attorney at Law, The Law Offices of Luis Carrillo, 625 Fair Oaks Avenue, Suite 180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

241.   **Trial:** April 17, 2008.  People v. Deon Richard Dirks.  Superior Court, State of California (Los Angeles County), Case No. TA093733.
Client Attorney:
Raffi J. Manuelian, Attorney at Law, The Manuelian Law Firm, 555 West 5th Street 30th Floor, Los Angeles, CA 90013.  Phone:  (213) 996-8463.

242.   **Deposition:** April 18, 2008.  David Medina, v. City of Los Angeles, et al., USDC Case No. CV 06-4926.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

243.   **Trial:** May 7, 2008.  James Cortez, v. City of Los Angeles, et al., Superior Court, State of California (Los Angeles County),  Case No. BC 349338.
Client Attorney:
Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015.  Phone: (213) 745-6300.

244.   **Deposition:** May 9, 2008.  Trinidad Macias, v. The County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. VC 040762.
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

245.   **Deposition:** May 12, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.

246.   **Trial:** May 22, 2008.  Betty Lou Heston, et al., v. City of Salinas, et al., USDC. Case No. 5:05-CV-3658.
Client Attorneys:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

-43-

247.    **Deposition:** May 27, 2008.  Steve Foley, v. City of Coronado, et al,  Superior Court, State of California (San Diego County), Case No. GIC 879075
Client Attorneys:
Mr. Harvey Levine, Attorney at Law, Levine Steinberg & Miller, 550 West "C" Street, Suite 1810, San Diego, CA 92101.  Phone: (619) 231-9449.
Mr. Jordan M. Cohen, Attorney at Law, The Cohen Law Firm, 10650 Treena Street, Suite 203, San Diego, CA 92131.  Phone:  (858) 689-4736.


248.    **Deposition:**  May 30, 2008, and July 3, 2008,  Ronald Verdekel, et al, v. County of Los Angeles, and City of Los Angeles, et al, USDC Case No. CV 06-01518 AJG (PLAx).
Client Attorney:
Ms. Sonia Mercado, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.


249.    **Deposition:** June 3, 2008.  Stanleigh G. Megargee, et al., v. County of Tulare, et al, USDC Case No. 1:06-CV-00684-AWI-LJO.
Client Attorney:
Mr. Brian E. Claypool, Attorney at Law, Claypool Law Firm, US Bank Tower, 633 W 5th Street, Suite 5880, Los Angeles, CA 90071.  Phone: (213) 488-2042.


250.    **Deposition:** June 5, 2008.  Bud Lee, et al, v. City of Nashville, et al., USDC Case No. 3-06-00108.
Client Attorney:
Mr. Joe Bednarz, Jr., Attorney at Law, BEDNARZ & BEDNARZ, 1400 Parkway Towers, 404 James Robertson Parkway, Nashville, Tennessee 37219.  Phone: (615) 256-0100.


251.    **Trial:** June 19, 2008.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.


252.    **Trial:** June 20, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.


-44-

253. **Civil Service Commission Hearing:** July 11, 2008, and August 18, 2008 Regarding Deputy Russell Sprague, Los Angeles County Sheriff's Department, File # 07-036 (IAB File # IV 2162162).
Client Attorney:
Ms. Elizabeth J. Gibbons, Attorney at Law, The Law Office of Green & Shinee, 16055 Ventura Boulevard, Suite1000, Encino, CA 91436.  Phone: (818) 986-2440.


254. **Trial:** July 17, 2008.  Donald Daniels, v. County of Ventura, et al., USDC Case No. CV 03-8861 FMC (Rzx).
Client Attorneys:
Mr. Peter M. Williamson, Attorney at Law, and Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.


255. **Deposition:** July 21, 2008.  Tris Corona, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County), Case No. NC039255.
Client Attorney:
James F. Rumm, Attorney at Law, Law Offices of Federico C. Sayre, 900 North Broadway, 4th Floor, Santa Ana, CA 92701.  Phone: (714) 550-9117.


256. **Deposition:** July 31, 2008.  Shawn Day, et al, v. County of Contra Costa, et al., USDC Case No. C -07-4335 PJH.
Client Attorney:
Michael A. Zimmer, Attorney at Law, M. A. Zimmer Law, 88 South Tenth Street, Suite 300, Minneapolis, MN 55403.  Phone (612) 746-5546.


257. **Deposition:** August 5, 2008.  Bobbie Garcia, on Behalf of Joseph Luis Garcia, v. County of Tulare, et al. USDC Case No. 1:07-CV-01593 OWW DLB.
Client Attorney:
Mr. J. Ryan Gilfoil, Attorney at Law, Morrison & Foerster LLP,425 Market Street, San Francisco, CA 94105.  Phone: (415) 268-6054.


258. **Deposition:** August 7, 2008.  Houston Malden, v. City of Waukegan, et al. USDC (Illinois) Case No. 04 C 2822.
Client Attorney:
Mr. Douglass G. Hewitt, Attorney at Law, Neal, Gerber & Eisenberg LLP, 2 N. LaSalle Street, Suite 2200, Chicago, IL 60602-3801.  Phone (312) 269-8481.

259. **Deposition:** August 11, 2008  Patrick Nazemi, v. Bernard Goodman, et al, Superior Court, State of California (Los Angeles County), Case No. LC075586.
Client Attorney:
Lee B. Ackerman, Attorney at Law, Law Office of Lee B Ackerman, 865 S Figueroa Street, Suite 3200, Los Angeles, CA 90017.  Phone: (213) 622-4441.

260. **Deposition:** August 14, 2008.  Duncan Kyle Murdoch v. Jacqueline Denise Broxon, et al, Superior Court, State of California (County of Sonoma), Case No. SCV-239909.
Client Attorney:
Mr. Ethan A. Glaubiger, Attorney at Law, The Law Office of Ethan A Glaubiger, 740 4th Street, 2nd Floor, Santa Rosa, CA 95404.  Phone: (707) 578-4505.

261. **Deposition:** August 19, 2008.  Michael Momeni, v. County of Orange, et al.  Superior Court, State of California (County of Orange), Case No. 06CC12033.
Client Attorney:
Mr. Gary Casselman, Attorney at Law. Law Offices of Gary S. Casselman. 3415 South Sepulveda Blvd., Suite 370, Los Angeles, CA 90034. Phone: (310) 390-4406.

262. **Trial:** August 20, 2008.  Richard A. Wisler, v. City of Fresno, et al., USDC Case No: 1:06-CV-01694 AWI-SMS.
Client Attorney:
Mark W. Coleman, Attorney at Law, The Law Offices of Nuttall & Coleman, 2445 Capitol Street, Suite 150, Fresno, CA 93721.  Phone: (559) 233-2900.

263. **Trial:** August 21, 2008.  People v. Donna Hamilton Superior Court, State of California (Marin County), Case No. CR 149364A.
Client Attorney:
Mr. Matthew A. Sullivan, Deputy County Public Defender, Marin County Public Defender, 3501 Civic Center Drive, Room 139, San Rafael, CA 94903.  Phone: (415) 499-6858

264. **Deposition:** August 26, 2008.  David Flores v. County of Los Angeles et al, USDC Case No, CV 07-4354 ODW (SHx).
Client Attorney:
Ralph M. Rios, attorney at Law, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.

.265.   **Trial**:  August 27 and 28, 2008.  Trinidad Macias, v. The County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. VC 040762.
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

266.   **Trial**:  August 28, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.

267.   **Deposition:**  September 4, 2008.  Daniel Alvarenga, v. City of San Francisco, et al, USDC Case No. C07-2526 MEJ.
Client Attorney:
Mr. Adante Pointer, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

268.   **Deposition:** September 8, 2008.  441.  Wanda Mitchell, et al, v. County of Riverside, et al., USDC Case No. ED CV 07-00419 VAP (OP).
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

269.   **Deposition:**  September 12, 2008.  Wayne Kevin Vernon, v. City of San Francisco, et al. USDC Case No. 451-436.
Client Attorney:
Mr. Matthew Edward Gonzalez, Attorney at Law, Gonzalez & Leigh LLP, Two Shaw Alley, 3rd Floor, San Francisco, CA 94105.  Phone: (415) 512-2000.

270.   **Deposition:**  September 15, 2008.  Charles Dirks, et al, v. County of Los Angeles, et al.  USDC Case No: CV07-2664-GAF (FMOx).
Client Attorney:
Mr. Joe H. Freeman, Attorney at Law, Joe Freeman & Associates, 7337 Beckford Avenue, Reseda, CA 91335.  Phone:  (818) 996-2702.

-47-

271.   **Trial:**  September 15, 2008.  People v. Peter Johnson, Superior Court, State of California
       (County of Los Angeles) Case No. BA337596.
       Client Attorney
       Ms. Grace F. Ashikawa, Deputy Alternate Public Defender, Los Angeles County Alternate Public
       Defender's Office, 320 West Temple Street, #35, Los Angeles, CA 90012.  Phone:  (213)
       893-1116.


272.   **Trial:**  September 25, 2008.  Wayne Kevin Vernon, v. City of San Francisco, et al. USDC Case
       No. 451-436.
       Client Attorney:
       Mr. Matthew Edward Gonzalez, Attorney at Law, Gonzalez & Leigh LLP, Two Shaw Alley, 3rd
       Floor, San Francisco, CA 94105.  Phone: (415) 512-2000.


273.   **Deposition:**  September 26, 2008.  Larry Moore, et al, v. County of San Bernardino, et al.,
       USDC EDCV 07-00699 SGL (JCRx).
       Client Attorney:
       Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank
       Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


274.   **Deposition**:  September 29, 2008.  Darius Henderson, v. Los Angeles United School District, et
       al.  Superior Court, State of California (County of Los Angeles), Case No. BC367763.
       Client Attorney:
       Ms. Violet C. Rabaya, Attorney at Law, Law Offices of Violet C. Rabaya, 1801 Century Park
       East, Suite 2300, Los Angeles, CA 90067-2302.  Phone:  (310) 203-8878.


275.   **Trial:**  October 10, 2008, and October 15, 2008.  Stanleigh G. Megargee, et al., v. County of
       Tulare, et al, USDC Case No. 1:06-CV-00684-AWI-LJO.
       Client Attorney:
       Mr. Brian E. Claypool, Attorney at Law, Claypool Law Firm, US Bank Tower, 633 W 5th Street,
       Suite 5880, Los Angeles, CA 90071.  Phone: (213) 488-2042.


276.   **Deposition:**  October 13, 2008.  Miguel Ortega, et al, v. City of Oakland, et al, USDC Case No.
       C-07-02659 JCS.
       Client Attorney:
       Mr. Steven R. Jacobsen, Attorney at Law, Law Offices of Steven R. Jacobsen, 901 Clay Street,
       Oakland, CA 94607.  Phone: (510) 465-8259.

277. **Deposition:** October 20, 2008, Abhinav Bhatnagar v. Contra Costa County, et al, USDC Case No. 3:07-CV-02669 (CRB).
Client Attorneys:
Ms. Jenny Huang, Attorney at Law, Ms. Sarita I. Ordonez, Attorney at Law, Justice First, LLP, 2831 Telegraph Avenue, Oakland, CA 94609.  Phone: (510) 628-0695.

278. **Trial:** October 22, 2008, People v. Oscar Mendez, Superior Court, State of California (County of Orange), Case No. 06CC03200.
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

280. **Deposition:** October 28, 2008, Alicia Unger, v. City of Los Angeles, et al, USDC Case No. CV 08-02139 SVW (Ctx).
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo and Perez, 625 Fair Oaks Avenue, Suite 180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

281. **Trial:** October 30, 2008, Wanda Mitchell, et al, v. County of Riverside, et al, USDC Case No. ED CV 07-00419 VAP (OP).
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

282. **Deposition:** November 11, 2008, Emmanuel Adebayo, v. Metropolitan Transit System, et al, Superior Court State of California (San Diego County), Case No. 37-2007-00071474 CU-PO-CTL.
Client Attorney:
Mr. Alvin M. Gomez, Attorney at Law, Gomez Law Group, 8910 University Center Lane, Suite 550, San Diego, CA 92122.  Phone: (858) 552-0000.

283. **Deposition:** November 15, 2008.  Gilbert Espinoza, et al, v County of San Bernardino, et al, USDC Case No. EDCV 07-00812 VAP (JCRx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

-49-

284. **Deposition:** November 24, 2008.  Susan Adams, et al, v. Deputy Michael Nocon, et al, USDC Case No. 2: 07-CV-2083 FCD EFB.
Client Attorney:
Mr. Herman Franck, Attorney at Law, Franck & Associates, Attorneys at Law, 1801 7th Street, First Floor, Suite 150, Sacramento, CA 95811.  Phone: (916) 256-6266.


285. **Trial:** December 3, 2008.  Miguel Ortega, et al, v. City of Oakland, et al, USDC Case No. C-07-02659 JCS.
Client Attorneys:
Mr. Steven R. Jacobsen, Attorney at Law, and Ms. Brenda D. Posada, Attorney at Law, Law Offices of Steven R. Jacobsen, 901 Clay Street, Oakland, CA 94607.  Phone: (510) 465-8259.


286. **Trial:** December 4, 2008.  Tris Corona, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County), Case No. NC039255.
Client Attorney:
James F. Rumm, Attorney at Law, Law Offices of Federico C. Sayre, 900 North Broadway, 4th Floor, Santa Ana, CA 92701.  Phone: (714) 550-9117.