**PHILIP B. PRICE, SBN 32620**
**PRICE & BROWN**
**Attorneys at Law**
**466 Vallombrosa Avenue**
**P. O. Box 1420**
**Chico, California 95927**
**Telephone: (530) 343-4412**
**Facsimile: (530) 343-7251**

**FRANK J. DEMARCO, SBN 40754**
**Siskiyou County Counsel**
**P. O. Box 659**
**Yreka, California 96097**
**Telephone: (530) 842-8100**
**Facsimile:  530) 842-7032**

**Attorneys for Defendants COUNTY OF SISKIYOU, RICK RIGGINS, individually, and as SHERIFF OF SISKIYOU COUNTY, NATHAN MENDES**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HAROLD WHITE III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br><br>COUNTY OF SISKIYOU,<br>RICK RIGGINS, individually and<br>as SHERIFF OF SISKIYOU COUNTY,<br>NATHAN MENDES, and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 2:07-CV-00359-MCE-CMK<br><br>STIPULATION FOR AN ORDER MODIFYING DATE FOR EXPERT DISCLOSURE [Rule 26 (A)(2)]; ORDER |

　　　　WHEREAS, as a result of the supplementing of Initial Disclosures further investigation by both parties, the parties have, by stipulation, been undertaking further depositions in this action;

　　　　WHEREAS, the parties, by stipulation, unavoidably scheduled eight (8) depositions in Redding, California on December 9, 2008 and Yreka, California on

December 10 and 11, 2008;

WHEREAS, the parties were unable to schedule these depositions on other dates due to the schedules of their attorneys and of some of the deponents;

WHEREAS, the Court herein in its Pretrial (Status) Scheduling Order, Document 10, ordered each party to disclosed experts to the other party as provided in Rule 26 (a)(2) of the Federal Rules of Civil Procedure and, in addition, to file said disclosure with the Court no later December 10, 2008, a date which is during the taking of said depositions;

WHEREAS, the parties, in order to avoid the conflict between the dates of said depositions and the date required to complete and file their disclosures of experts, agreed to the herein stipulation to extend the date by two days, prior to said depositions and the required disclosure date.

WHEREAS, the parties further agreed that the twenty (20) day time for supplemental disclosure of experts, provided in the Court's Pretrial (Status) Scheduling Order, Document 10, shall run from the date of disclosure herein stipulated to.

WHEREAS, extension of only two days cannot effect the scheduling of this action and will require no other modifications;

NOW, THEREFORE the parties hereby stipulate that the court issue an order modifying its Pretrial (Status) Scheduling Order, Document 10:

1. To extend the time date for serving and filing of their Designation of Experts by two days, to December 12, 2008.
2. That the time for serving and filing a supplemental list of expert witnesses shall be within twenty (20) days after the date of disclosure provided in ¶1.

Dated: December 12, 2008        T. JAMES FISHER

By:    /s/ T. James Fisher
        T. James Fisher, Attorney for Plaintiff.

1  Dated: December 12, 2008          PRICE & BROWN

2                             By:    /s/Philip B. Price
3                                    Philip B. Price, Attorneys for
                                     Defendants COUNTY OF SISKIYOU,
4                                    RICK RIGGINS, individually and as
                                     SHERIFF OF SISKIYOU COUNTY and
5                                    NATHAN MENDES

6

7

8
                                     ORDER:
9

10 It is so ordered.

11

12 Dated: December 16, 2008

13

14 _____
   MORRISON C. ENGLAND, JR.
15 UNITED STATES DISTRICT JUDGE