UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLARENCE HAROLD WHITE III,          No. 2:07-cv-00359-MCE-CMK

      Plaintiff,

  v.                                  **ORDER RE: SETTLEMENT AND DISPOSITION**

COUNTY OF SISKIYOU, et al.,

      Defendants.
_____/

    Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 11, 2009.

    Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated: January 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re: Settlement and Disposition, the February 6, 2009 Motion for Summary Judgment hearing is vacated.