**PHILIP B. PRICE, SBN 32620**
**LINDA SCHULKEN, SBN 178382**
**PRICE & BROWN**
**Attorneys at Law**
**466 Vallombrosa Avenue**
**P. O. Box 1420**
**Chico, California 95927**
**Telephone: (530) 343-4412**
**Facsimile: (530) 343-7251**

**THOMAS P. GUARINO, SBN 149409**
**Siskiyou County Counsel**
**P. O. Box 659**
**Yreka, California 96097**
**Telephone: (530) 842-8100**
**Facsimile: 530) 842-7032**

Attorneys for Siskiyou County, Rick Riggins,
and Nathan Mendes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HAROLD WHITE III,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTY OF SISKIYOU, RICK RIGGINS, individually and as SHERIFF OF SISKIYOU COUNTY NATHAN MENDES, and DOES 1 through 50, inclusive,<br><br>       Defendants.<br>_____/ | Case No. 2:07-CV-00359-MCE-CMK<br><br>STIPULATION FOR DISMISSAL; ORDER |

The parties to the above-entitled action, having entered into a Settlement Agreement and plaintiff having executed a Release of all Claims pursuant thereto, now hereby stipulate that the above-entitled action be dismissed, with prejudice, each party to bear his/her/its costs, attorney's fees and litigation expenses.

Dated: February 6, 2009    T. JAMES FISHER

                  By:   /s/ T. James Fisher
                        T. James Fisher, Attorney for plaintiff
                        Clarence Harold White, III

1
_____
STIPULATION FOR DISMISSAL; ORDER

Dated: February 6, 2009    PRICE & BROWN

By:  /s/Philip B. Price
Philip B. Price, Attorneys for Defendants COUNTY OF SISKIYOU, RICK RIGGINS, individually and as SHERIFF OF SISKIYOU COUNTY and NATHAN MENDES

ORDER:

It is so ordered.

Dated: February ____, 2009.

_____
Morrison C. England, Jr.
United States District Judge